# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN GABRIEL MEJIA (2), <br><br> Defendant. | Case No. 19CR4238-LAB <br><br> JUDGMENT AND ORDER TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |

For good cause appearing, the Court grants the Government's motion to dismiss, without prejudice, the indictment filed against JUAN GABRIEL MEJIA.

DATED: December 9, 2019

HON. LARRY A. BURNS
Chief United States District Judge